IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

GREGORY GIBBS and
MELISSA RITCHIE,

    Plaintiff,                                       Case No. 2:19-cv-14211

v.

FIRST PREMIER BANK,

    Defendant.
_____/

## COMPLAINT

The Plaintiffs, Gregory Gibbs and Melissa Ritchie ("Plaintiffs"), hereby sue the Defendant, First Premier Bank ("First Premier"), and allege:

### *Parties, Jurisdiction and Venue*

1.    Gregory Gibbs is an individual and a resident of St. Lucie County, Florida.

2.    Melissa Ritchie is an individual and a resident of St. Lucie County, Florida.

3.    First Premier is a foreign corporation with its principal place of business located in Sioux Falls, South Dakota. First Premier conducts business in St. Lucie County, Florida.

4.    This is an action brought pursuant to 47 U.S.C. § 227. Accordingly, this Court has jurisdiction over this action under 28 U.S.C. § 1331 because this is a civil action arising under the laws of the United States.

5.    This Court has supplemental jurisdiction over the state law claim in this action under 28 U.S.C. § 1367 because the state law claim is so related to the claim over which this Court has original jurisdiction that they form part of the same case or controversy under Article III of the U.S. Constitution.

6. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims asserted herein occurred in this district.

7. All conditions precedent to bringing this action have occurred, been performed, or have been waived.

### *Factual Allegations*

8. First Premier asserts that Melissa Ritchie had a credit card account (the "Alleged Debt") with First Premier. Melissa Ritchie was unable to pay the balance on the Alleged Debt as it came due.

9. First Premier began calling the Melissa Ritchie's cellular telephone to collect the balance on the Alleged Debt. First Premier has called Melissa Ritchie's cellular telephone 3-4 times a day for months.

10. First Premier has also called Melissa Ritchie's boyfriend, Gregory Gibbs, and disclosed information concerning the Alleged Debt to Mr. Gibbs.

11. First Premier made numerous telephone calls Gregory Gibbs' cellular telephone using an artificial and/or prerecorded voice.

12. Gregory Gibbs never gave First Premier consent to call his cellular phone using an artificial or prerecorded voice. Mr. Gibbs also repeatedly demanded that First Premier stop calling him, but First Premier continued to call Mr. Gibbs using an artificial and/or prerecorded voice.

13. First Premier called Gregory Gibbs 3-4 times a day for over a month despite the fact that he is not an obligor on the Alleged Debt and despite the fact that he repeatedly told First Premier to stop calling him.

14. First Premier directed the above-described phone calls to Plaintiffs in the Southern District of Florida, and Plaintiffs received the calls in the Southern District of Florida.

## COUNT I – VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT
**(By Gregory Gibbs Against First Premier)**

15. Gregory Gibbs incorporates and realleges paragraphs 1 through 14 as if stated fully herein.

16. First Premier called Gregory Gibbs' cellular telephone using an artificial and prerecorded voice without Mr. Gibbs' prior express consent.

17. The conduct of First Premier constituted multiple violations of 47 U.S.C. § 227(b)(1)(A)(iii).

18. Because First Premier knew that Gregory Gibbs did not consent for First Premier to call him, and First Premier knowing called Gregory Gibbs using artificial and prerecorded voice without his consent, First Premier's violations of the TCPA were knowing and willful.

19. As a direct and proximate result of the wrongful conduct of First Premier, Gregory Gibbs has suffered actual damages, including mental anguish, embarrassment, loss of time, and financial harm.

WHEREFORE, the Plaintiff, Gregory Gibbs, hereby demands judgment against the Defendant, First Premier Bank, for actual damages, statutory damages in the amount of $1,500.00 for each violation of the TCPA, court costs, injunctive relief, and any other further relief this Court deems just and proper.

## COUNT II – VIOLATION OF THE
## FLORIDA CONSUMER COLLECTION PRACTICES ACT
(By Melissa Ritchie Against First Premier)

20. Melissa Ritchie incorporates and realleges paragraphs 1 through 14 as if stated fully herein.

21. First Premier disclosed to Gregory Gibbs, a person who is not Melissa Ritchie's family, information affecting her reputation, with knowledge that Mr. Gibbs did not have a legitimate business need for the information. This conduct constituted violations of Section 559.72(5), *Florida Statutes*.

22. First Premier also willfully communicated with Melissa Ritchie with such frequency as could reasonably be expected to harass Ms. Ritchie. The conduct constituted violations of Section 559.72(7), *Florida Statutes*.

23. First Premier also willfully engaged in other conduct which could reasonably be expected to harass Mr. Ritchie, namely repeatedly calling her boyfriend and discussing the Alleged Debt with her boyfriend. The conduct constituted violations of Section 559.72(7), *Florida Statutes*.

24. As a direct and proximate result of the wrongful conduct of First Premier, Melissa Ritchie has suffered actual damages, including mental anguish, embarrassment, loss of time, and financial harm.

WHEREFORE, the Plaintiff, Melissa Ritchie, hereby demands judgment against the Defendant, First Premier Bank, for actual damages, statutory damages in the amount of $1,000.00, court costs, reasonable attorney's fees, injunctive relief, and any other further relief this Court deems just and proper.

### *Demand for Attorney's Fees & Costs*

Pursuant to Section 559.77(2), *Florida Statutes*, Plaintiffs hereby demand an award of the attorney's fees and costs incurred in this matter.

### *Demand for Jury Trial*

Plaintiffs hereby demand a jury trial on all claims asserted in this Complaint and otherwise later asserted in this lawsuit.

DATED: June 19, 2019.                              Respectfully submitted,

*/s/ Joshua A. Mize*
**Joshua A. Mize, Esq.**
Florida Bar No. 86163
**MIZE LAW, PLLC**
110 Front Street, Suite 300
Jupiter, FL 33477
Phone: (407) 913-6800
Fax: (407) 604-7410
Email: jmize@mize.law

*Attorney for the Plaintiffs*