# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

GREGORY GIBBS and
MELISSA RITCHIE,

    Plaintiff,

v.

                                                    Case No. 2:19-cv-14211

FIRST PREMIER BANK,

    Defendant.
_____/

## **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Gregory Gibbs, Plaintiff/Counter-Defendant Melissa Ritchie, and Defendant/Counter-Plaintiff First Premier Bank, by and through undersigned counsel and pursuant to Rule 41 (a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, give notice, agree and stipulate that this action and all claims and counterclaims asserted by all parties herein are hereby dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: October 7, 2019.


*/s/ Joshua A. Mize*
**Joshua A. Mize, Esq.**
Florida Bar No. 86163
**MIZE LAW, PLLC**
110 Front Street, Suite 300
Jupiter, FL 33477
Phone: (407) 913-6800
Fax: (407) 604-7410
Email: jmize@mize.law

*Attorney for Plaintiff Gregory Gibbs and Plaintiff/Counter-Defendant Melissa Ritchie*

*/s/ Charles W. Denny*
**Charles W. Denny, IV, Esq.**
Florida Bar No. 0488615
**DICKINSON & GIBBONS, P.A.**
401 N. Cattlemen Road, Suite #300
Sarasota, FL 34232
Phone: (941) 366-4680
Fax: (941) 365-2923
Email: cdenny@dglawyers.com

*Attorney for Defendant/Counter-Plaintiff First Premier Bank*