# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### 19-cv-14211-MIDDLEBROOKS/BRANNON

GREGORY GIBBS and
MELISSA RITCHIE,

Plaintiffs,

v.

FIRST PREMIER BANK,

Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal Without Prejudice ("Stipulation"), filed on October 7, 2019.  (DE 30).  The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action.  Accordingly, it is hereby

**ORDERED and ADJUDGED** that

(1) The above-styled action is **DISMISSED WITHOUT PREJUDICE**.

(2) The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions **AS MOOT.**

**SIGNED** in Chambers in West Palm Beach, Florida, this 8th day of October, 2019.

_____
Donald M. Middlebrooks
United States District Judge

Copies to:       Counsel of Record